Redacted by Plaintiff

SL 0001

| COLLINS ASSET GROU | | Vs. | MOLGORA/PABLO |
|---|---|---|---|
| **Court Case:** | 16858/08 | | |
| **Judgment:** | $2,530.71 | | |

| **Debtor Balance:** | $2,159.27 |
|---|---|
| **Interest Due:** | $1,768.18 |
| **Total Due:** | $3,927.45 |

| Date | Time | Init | Code | Notes |
|---|---|---|---|---|
| 05/29/2015 | 10:23:29 | EDI | INTER_D | 07/15/2008 |
| | | | *OpenDte | 05/18/2001 |
| | | | *PurchsD | 04/29/2013 |
| | | | 91 | New Claim Entry $2,159.27 |
| | | | 90.002 | Stamp Effective State Changed (002)    State:NY |
| | | | TYPE: | CIVIL |
| | | | SHERIFF: | NY |
| | | | 92 | Judgment Entered $2,530.71 |
| | | | *Prp-Ctr | USA |
| | 10:36:39 | | *COMM | 0 |
| 05/29/2015 | 10:36:39 | ADS | 90.001 | Interest Rate Changed (001)    Int Is:9 |
| | 11:37:31 | | ■■■■■■■■■ | |
| | 11:48:25 | | XDOCX | |


Redacted by Plaintiff

SL 0002

| Date | Time | Init | Code | Notes |
|---|---|---|---|---|
| | 11:50:11 | | | |
| | 11:56:36 | | | |
| | 12:51:29 | | | |
| | | | | |
| | | | | |
| | | | XACXADD | |
| 05/29/2015 | 13:33:04 | EDI | | |
| 05/29/2015 | 15:16:27 | ADS | XBRESULT | PER BANKO, NO BANKRPTCY/DEC |
| | | | | |
| | | | LND.FRM | LTR REG JUDGMENT SNT 2 DBTR |
| | 15:37:37 | | XBRESULT | |
| | | | | |
| | | | LND.FRM | LTR REG JUDGMENT SNT 2 DBTR |
| 05/29/2015 | 13:38:21 | EDI | | |
| | | | | |
| | | | | |
| | | | | |

Redacted by Plaintiff

SL 0003

| Date | Time | Init | Code | | Notes |
|------|------|------|------|--|-------|
| | | | | | |
| 06/02/2015 | 11:32:31 | ADS | *Colctr | Collector #: changed from 1 to 4 | |
| | 11:37:59 | | X1 | NEW CLAIM RECD TO COLLECTOR | |
| 06/02/2015 | 13:56:07 | AO | LJUD | JUDGEMEN COPY RECD | |
| 06/03/2015 | 12:34:00 | AO | 90.001 | Interest Rate Changed (001)       Int Is:9 | |
| 06/04/2015 | 15:58:30 | AW | | | |
| | | | *Bank1 | | |
| | 16:46:49 | | RNC4.FRM | RESTRAINING NOTICE TO BANK CHASE | |
| 06/09/2015 | 12:10:03 | HB | Scan: 3 | JGMT - LP | |
| 06/18/2015 | 11:29:18 | HB | *PLT_1 | COLLINS ASSET GROUP, LLC | |
| | | | *PLT_2 | Added new Information | |
| | | | *Extra | Extra:1 Fields Added | |
| | 14:52:07 | | PCNS.FRM | CONSENT TO CHANGE ATTORNEY | |
| 06/22/2015 | 10:49:34 | LM- | | | |
| 06/23/2015 | 12:38:22 | RK | XTELETK | FILE SENT TO TELETRACK | |
| 06/23/2015 | 11:32:51 | EDI | | | |


Redacted by Plaintiff

SL 0004

| Date | Time | Init | Code | Notes |
|---|---|---|---|---|
| | | | | |
| 07/06/2015 | 14:43:41 | RK | | |
| 07/10/2015 | 10:10:09 | HB | HOLLY | 10:10 CONSENT FILED 7/9/15 |
| | | | *DEL-782 | CONSENT TO CHANGE AT 07/18/2015: |
| | 11:28:35 | | Scan: 1 | CONSENT - HB |
| 07/15/2015 | 15:20:06 | RK | XVERIF | |
| 07/29/2015 | 04:21:24 | RK | XNYSCLM | NYS UNCLAIMED FUNDS SEARCH |
| 08/12/2015 | 10:47:35 | RK | | |
| | 10:53:20 | | | |
| | 10:58:30 | | | |
| 08/19/2015 | 11:59:02 | HB | | |
| | 12:00:43 | | | |
| | | | LFLESTP | DOCUMENT TO CRT FOR FILING consent to change attorney |

Redacted by Plaintiff

SL 0005

| Date | Time | Init | Code | Notes |
|---|---|---|---|---|
| 08/21/2015 | 13:02:22 | HB | Scan: 1 | CONSENT - REW |
| 08/26/2015 | 16:03:26 | AJM | ▓▓▓▓ | ▓▓▓▓ |
| | | | ▓▓▓▓ | ▓▓▓▓ |
| | | | ▓▓▓▓ | ▓▓▓▓ |
| | | | ▓▓▓▓ | ▓▓▓▓ |
| 09/09/2015 | 09:23:33 | REW | REW | 09:23 CONSENT FILED 9/01/2015 |
| 09/09/2015 | 10:41:38 | HB | Scan: 1 | CONSENT - REW |
| 10/01/2015 | 20:32:36 | RK | ▓▓▓▓ | ▓▓▓▓ |
| 01/05/2016 | 04:45:08 | RK | ▓▓▓▓ | ▓▓▓▓ |
| 03/23/2016 | 04:28:27 | RK | ▓▓▓▓ | ▓▓▓▓ |
| 05/23/2016 | 14:18:58 | AW | ▓▓▓▓ | ▓▓▓▓ |
| | | | ▓▓▓▓ | ▓▓▓▓ |
| | 14:19:44 | | ▓▓▓▓ | ▓▓▓▓ |
| | 14:28:52 | | ▓▓▓▓ | ▓▓▓▓ |
| | | | ▓▓▓▓ | ▓▓▓▓ |
| 05/24/2016 | 10:28:41 | AW | RNC4.FRM | RESTRAINING NOTICE TO BANK boa |
| | | | EMPLOYEE | EMPLOYMENT VERIFICATION SNT |
| 06/02/2016 | 03:13:17 | RK | ▓▓▓▓ | ▓▓▓▓ |



Redacted by Plaintiff

SL 0006

| Date | Time | Init | Code | Notes |
|---|---|---|---|---|
| 06/13/2016 | 15:26:26 | AW | | |
| | | | | |
| | 15:27:51 | | *DBT001 | |
| | 15:28:06 | | XDNE | DEBTOR NO LONGER EMPLOYED WITH ELIZABETH SETON PEDIATRIC CTR |
| | | | *D1_STRT | 8357 118TH ST |
| | | | *D1_CSZ | KEW GARDENS NY    11415 |
| | | | *D1_PHN | Added new Information |
| 06/16/2016 | 13:01:27 | AW | | |
| 06/20/2016 | 17:35:58 | RK | | |
| 06/20/2016 | 17:47:48 | AW | RNC4.FRM | RESTRAINING NOTICE TO BANK  CITIBANK |
| | 17:52:34 | | LSO2 | SETTLEMENT OFFER LTR |
| 06/21/2016 | 12:16:58 | AW | *CLAIM | |
| | | | *Bank1 | |
| | 12:21:55 | | ANSELL | *** |
| | 12:27:52 | | RNC4.FRM | RESTRAINING NOTICE TO BANK  WACHOVIA |
| 06/27/2016 | 17:31:09 | AW | | |
| 06/27/2016 | 18:23:42 | RK | | |

Redacted by Plaintiff

SL 0007

| Date | Time | Init | Code | Notes |
|---|---|---|---|---|
| | | | XSKIP | ▮ |
| 07/15/2016 | 14:00:55 | SAS | -SCOTT | 14:00 From: Sharinn, Scott |
| | | | | Sent: Friday, July 15, 2016 2:01 PM |
| | | | | To: Williams, Ansell; Mike Melrose; Sharinn, Scott |
| | | | | Subject: RE: TX002910 / 279033 |
| | | | | ▮ |
| 07/28/2016 | 19:05:24 | SAS | -SCOTT | 19:05 From: Aubrey Walker |
| | | | | [mailto:awalker@collinsassetgroup.com] |
| | | | | Sent: Thursday, July 28, 2016 3:02 PM |
| | | | | To: Sharinn, Scott <SShar@collectthedebt.com> |
| | | | | Cc: Mike Melrose |
| | | | | <mmelrose@collinsassetgroup.com>; Daniel Laux |
| | | | | <dlaux@collinsassetgroup.com>; Debbie Alvarez |
| | | | | <dalvarez@acceleratedinventory.com> |
| | | | | Subject: RE: TX002910 / 279033 |
| | | | | ▮ |
| | | | -SCOTT | 19:05 From: Sharinn, Scott |
| | | | | Sent: Thursday, July 28, 2016 7:06 PM |
| | | | | To: Aubrey Walker |
| | | | | <awalker@collinsassetgroup.com> |
| | | | | Cc: Mike Melrose |
| | | | | <mmelrose@collinsassetgroup.com>; Daniel Laux |


Redacted by Plaintiff

SL 0008

| Date | Time | Init | Code | Notes |
|---|---|---|---|---|
| | | | | <dlaux@collinsassetgroup.com>; Debbie Alvarez |
| | | | | <dalvarez@acceleratedinventory.com>; Williams, |
| | | | | Ansell <AWilliams@collectthedebt.com>; Sharinn, |
| | | | | Scott <SShar@collectthedebt.com> |
| | | | | Subject: RE: TX002910 / 279033 |
| | | | | ███████████████ |
| 07/29/2016 | 23:20:13 | RK | ███████ | |
| 08/01/2016 | 11:01:22 | AW | LGENRLS | GENERAL RELEASE PRINTED    WACHOVIA |
| | 12:44:30 | | ███████ | ███████ |
| | 12:46:57 | | LGENRLS | GENERAL RELEASE PRINTED    citibank2 |
| | 13:27:07 | | ███████ | ███████ |
| | 13:56:30 | | LGENRLS | GENERAL RELEASE PRINTED    boa |
| | 14:40:59 | | ███████ | ███████ |
| | 14:52:46 | | LGENRLS | GENERAL RELEASE PRINTED    CHASE |
| 08/01/2016 | 15:46:03 | SAS | ███████ | ███████ |
| 08/02/2016 | 10:53:51 | REW | Scan: 4 | GEN RLS - REW |


Redacted by Plaintiff

SL 0009

| Date | Time | Init | Code | | Notes |
|---|---|---|---|---|---|
| 08/04/2016 | 13:48:32 | SAS | ███████ | ███████ | |
| | | | ███████ | ███████ | |
| | | | ███████ | ███████ | |
| | | | ███████ | ███████ | |
| | | | ███████ | ███████ | |
| | | | ███████ | ███████ | |
| | | | ███████ | ███████ | |
| | | | ███████ | | |
| | 13:49:18 | | ███████ | | |
| 08/16/2016 | 20:25:42 | MAC | *CLOSED | Claim Closed 16/08 994 16 | |
| 10/07/2016 | 12:59:20 | REW | Scan: 2 | ███████ | |
| ███████ | | | ███████ | ███████ | |
| | | | ███████ | ███████ | |
| | | | ███████ | ███████ | |
| | | ███████ | ███████ | ███████ | |



SL 0010



SL 0011

Redacted by Plaintiff

SL 0012

| Date | Time | Init | Code | Notes |
|---|---|---|---|---|
| | | | | |



SL 0013

Redacted by Plaintiff

| Date | Time | Init | Code | Notes |
|------|------|------|------|-------|
|      |      |      |      |       |

SL 0014

Redacted by Plaintiff

SL 0015

| Date | Time | Init | Code | | Notes |
|------|------|------|------|--|-------|
|      |      |      |      |  |       |



SL 0016



SL 0017



SL 0018