B&N File #14494.8AS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK (Manhattan)

| | |
|---|---|
| **PABLO MOLGORA** | Civil Action No.: 1:17-cv-03766 (SN) |
| Plaintiff | |
| vs. | |
| **SHARINN & LIPSHIE, P.C., HARVEY SHARINN, AMANDA MORENO, COLLINS ASSET GROUP, LLC** | |
| Defendant | |

## NOTICE OF APPEARANCE

Mitchell L. Williamson hereby enters his appearance

on behalf of Defendant Collins Asset Group, LLC

Dated:  February 8, 2018     By:     BARON & NEWBURGER, P.C.
_____*s/Mitchell L. Williamson*__
MITCHELL L. WILLIAMSON, Esq.
Barron & Newburger, P.C
458 Elizabeth Ave - Suite 5371
Somerset, New Jersey  08873
(732) 732-328-9480
mwilliamson@bn-lawyers.com
**Attorneys for Defendant**
**Collins Asset Group, LLC**