UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PABLO MOLGORA,

                      Plaintiff,             17-CV-03766 (SN)

        -against-                           **ORDER**

SHARINN & LIPSHIE, P.C., et al.,

                      Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of its February 8, 2018 bankruptcy filing, the action against Sharinn & Lipshie, P.C. is stayed. Counsel for Sharinn & Lipshie shall notify the Court within two weeks of the closing of the bankruptcy matter.

      This stay does not affect the remaining defendants, who shall proceed under the Court's scheduling order.

**SO ORDERED.**

                                                          _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:      February 9, 2018
                 New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/2018