```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PABLO MOLGORA,

                            Plaintiff,                    17-CV-03766 (SN)

          -against-                             **ORDER**

SHARINN & LIPSHIE, P.C., et al.,

                            Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A telephone conference is scheduled for Thursday, February 15, 2018, at 4:00 p.m. to discuss the issues related to defendant Sharinn & Lipshie, P.C.'s bankruptcy petition and the deposition of nonparty Amanda Moreno. At that time, the parties should jointly call Chambers, at (212) 805-0286, with all relevant individuals on the line. If this date is unavailable for any party, they must contact Courtroom Deputy Joseph Mendieta immediately at (212) 805-0286.

**SO ORDERED.**

                                                      _____
                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:      February 9, 2018
                 New York, New York