```
 1

 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ------------------------------------------X
      PABLO MOLGORA,
 4
                                  PLAINTIFF,
 5
 6            -against-            Case No.:
                                   1:17-CV-03766-SN
 7

 8    SHARINN & LIPSHIE, P.C.; HARVEY SHARINN;
      COLLINS ASSET GROUP, LLC,
 9
                                  DEFENDANTS.
10    ------------------------------------------X

11

12                    DATE:  June 13, 2018

13                    TIME:  12:09 P.M.

14

15            DEPOSITION of a Defendant,

16    SHARINN & LIPSHIE, P.C., taken by a witness

17    herein, SCOTT C. SHARINN, taken by the

18    Plaintiff, pursuant to a Court Order and to

19    the Federal Rules of Civil Procedure, held

20    at the offices of Kaufman, Dolowich &

21    Voluck, LLP, 40 Exchange Place, 20th Floor,

22    New York, New York 10005, before Kevin

23    Haghnazari, a Notary Public of the State of

24    New York.

25
```

```
                                        89
 1              S. SHARINN
 2   Street, right?
 3       A.  Yes.
 4       Q.  So how do you know what address
 5   S&L had for Mr. Molgora prior to 6/13/2016?
 6       A.  That would have been the
 7   address.
 8       Q.  Beforehand?
 9       A.  Beforehand.
10       Q.  So that would be the address
11   that S&L had the entire time it had the
12   account up through 6/13/2016?
13       A.  Yes, I believe so.
14       Q.  Your knowledge --
15       A.  My knowledge is that when you
16   take out the old and put in the new, the
17   old drops --
18           COURT REPORTER:  I'm sorry.
19       When the old -- I didn't catch the
20       last sentence.
21           THE WITNESS:  When the old is
22       replaced with the new, the old
23       appears in the notes, in the
24       collection notes.
25       Q.  Why wouldn't the new one
```

```
                                        90
 1              S. SHARINN
 2   appear?  I mean, you would think that you
 3   would want the most current information.
 4       A.  The new one would go into the
 5   Debtor 1 screen located on SL0039.
 6       Q.  I'm just curious why the old
 7   one would go in the collection notes.  You
 8   would think that the more important piece
 9   of information would be the new one, right?
10       A.  (No answer.)
11       Q.  Do you have any documents that
12   show how this computer system worked?
13       A.  I mean, not with me.
14       Q.  No, I know not with you, but
15   does S&L have documents that show how this
16   computer system worked?
17       A.  I believe there is user
18   manuals.
19       Q.  What's the name of the program?
20       A.  Commercial Legal Software.
21       Q.  And would the manual for
22   Commercial Legal Software explain this
23   process that you're talking about about
24   address changes and where old addresses go
25   in the account notes?
```

```
                                        91
 1              S. SHARINN
 2       A.  I believe so.
 3       Q.  And is that an off-the-shelf
 4   software that S&L purchased?
 5       A.  I'm sorry, I don't understand.
 6       Q.  Is Commercial Legal Software --
 7   that's not software that S&L developed;
 8   they purchased that software from somewhere
 9   else?
10       A.  We purchased it.
11       Q.  And the -- and has it been
12   modified in a significant way in terms of
13   how you use it?
14       A.  What modified?
15       Q.  The software that you use, it's
16   just basically Commercial Legal Software?
17       A.  It's their -- it's their
18   software.
19       Q.  And how long have you been
20   using that?
21       A.  Quite a long time.
22       Q.  Because I think we requested
23   that.  Is that an electronic document, or
24   is that like a hard copy?
25       A.  I don't -- I don't usually use
```

```
                                        92
 1              S. SHARINN
 2   the manual often.
 3       Q.  Do you use -- do new employees
 4   use the manual to train?
 5       A.  There are pieces that we use to
 6   train, but not specifically from the
 7   manual.
 8           MR. KESHAVARZ:  Will you
 9       produce a copy of the manual?
10           MR. SCHER:  I'll take the
11       request under advisement.
12       Q.  So 118th Street was the old
13   address as of 6/13/2016, and the new
14   address after that date was what again?
15       A.  To the best of my knowledge, it
16   was 1500 Mace -- Ace, Apartment Number 8.
17       Q.  But the only basis of your
18   knowledge is the document you're looking
19   at, correct?
20       A.  Yes.
21       Q.  And did S&L have any other
22   address for Mr. Molgora other than 118th
23   Street and Ace?
24       A.  No.
25           COURT REPORTER:  I'm hearing
```